Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18−31275−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Phillip S Barbour                            Maria A Barbour
50 Tidewater Lane                            50 Tidewater Lane
Willingboro, NJ 08046                        Willingboro, NJ 08046

Social Security No.:
   xxx−xx−2331                               xxx−xx−1304

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on January 3, 2019.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 3, 2019
JAN: bwj

                                             Jeanne Naughton
                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                    Case No. 18-31275-CMG
Phillip S Barbour                                         Chapter 13
Maria A Barbour
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 2              Date Rcvd: Jan 03, 2019
                             Form ID: 148             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2019.
db/jdb         +Phillip S Barbour,    Maria A Barbour,    50 Tidewater Lane,    Willingboro, NJ 08046-3841
cr             +Federal National Mortgage Association (Fannie Mae),     RAS Citron, LLC,
                 130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
517835841       Comcast,    PO Box 3001,    Southeastern, PA 19398-3001
517835842      +Credit Acceptance Corp,    25505 W 12 Mile Road,    Southfield, MI 48034-8316
517936783      +FEDERAL NATIONAL MORTGAGE ASSOCIATION(FANNIE MAE),     Seterus, Inc.,    PO Box 1047,
                 Hartford CT 06143-1047
517874721      +Federal National Mortgage Association,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
517835844       Geico,    One Geico Plaza,    Bethesda, MD 20810-0001
517835846      +Midfirst Bank a/k/a Midland Mortgage,    c/o KML Group,    216 Haddon Avenue,    Suite 406,
                 Collingswood, NJ 08108-2812
517835847       Midland Mortgage,    PO Box 268806,    Oklahoma City, OK 73126-8806
517835848      +NJ Department of Labor,    PO BOX 951,    Trenton, NJ 08625-0951
517835850       PSE&G CO,    PO BOX 14444,    New Brunswick, NJ 08906-4444
517835849      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   NJ Division of Taxation,     50 Barrack Street,    Trenton, NJ 08695)
517835851      +Seterus,    PO BOX 1077,    Hartford, CT 06143-1077
517835852      +Willingboro Municipal Utility Authority,    433 John F. Kenndy Way,    Willingboro, NJ 08046-2123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 04 2019 00:43:24     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 04 2019 00:43:22     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: IRS.COM Jan 04 2019 05:03:00     United States of America (Internal Revenue Service,
                 U.S. Attorney's Office,   970 Broad Street,   Suite 700,    Newark, NJ 07102-2535
517835843       EDI: RCSFNBMARIN.COM Jan 04 2019 05:03:00      Credit One Bank,    PO Box 98873,
                 Las Vegas, NV 89193-8873
517871062       EDI: RESURGENT.COM Jan 04 2019 05:03:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC and,   FNBM, LLC,    Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
517951358      +E-mail/Text: bankruptcy@pseg.com Jan 04 2019 00:42:15     PSE&G,    Attn: Bankruptcy Dept.,
                 PO Box 490,   Cranford NJ 07016-0490
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517835845*      IRS,   PO Box 7346,    Philadelphia, PA 19101-7346
517919845*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,   Trenton, NJ 08695-0245)
                                                                                      TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Jan 03, 2019
                              Form ID: 148               Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    Federal National Mortgage Association (Fannie
               Mae) ajennings@rasflaw.com
              Eamonn  O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Eric   Clayman    on behalf of Debtor Phillip S Barbour jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Eric   Clayman    on behalf of Joint Debtor Maria A Barbour jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```