Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−31275−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Phillip S Barbour                                   Maria A Barbour
   50 Tidewater Lane                                 50 Tidewater Lane
   Willingboro, NJ 08046                       Willingboro, NJ 08046

Social Security No.:
   xxx−xx−2331                                          xxx−xx−1304

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              9/4/19
Time:            10:00 AM
Location:      Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 7, 2019
JAN: dmi

                                                 Jeanne Naughton
                                                 Clerk, U. S. Bankruptcy Court

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                      Case No. 18-31275-CMG
Phillip S Barbour                                           Chapter 13
Maria A Barbour
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin              Page 1 of 2        Date Rcvd: Jun 07, 2019
                             Form ID: 132             Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2019.
db/jdb         +Phillip S Barbour,    Maria A Barbour,    50 Tidewater Lane,    Willingboro, NJ 08046-3841
cr             +Federal National Mortgage Association (Fannie Mae),    RAS Citron, LLC,
                 130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
517835842      +Credit Acceptance Corp,    25505 W 12 Mile Road,    Southfield, MI 48034-8316
517936783      +FEDERAL NATIONAL MORTGAGE ASSOCIATION(FANNIE MAE),    Seterus, Inc.,    PO Box 1047,
                 Hartford CT 06143-1047
517874721      +Federal National Mortgage Association,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
517835844       Geico,    One Geico Plaza,    Bethesda, MD 20810-0001
517951817      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, Ok 73118-6051
517835846      +Midfirst Bank a/k/a Midland Mortgage,    c/o KML Group,    216 Haddon Avenue,    Suite 406,
                 Collingswood, NJ 08108-2812
517835847       Midland Mortgage,    PO Box 268806,    Oklahoma City, OK 73126-8806
517835848      +NJ Department of Labor,    PO BOX 951,    Trenton, NJ 08625-0951
517835850       PSE&G CO,    PO BOX 14444,    New Brunswick, NJ 08906-4444
517835849     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court: NJ Division of Taxation,    50 Barrack Street,   Trenton, NJ 08695)
517835851      #+Seterus,    PO BOX 1077,    Hartford, CT 06143-1077
517835852      +Willingboro Municipal Utility Authority,    433 John F. Kenndy Way,    Willingboro, NJ 08046-2123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 08 2019 00:22:15     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 08 2019 00:22:13     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: cio.bncmail@irs.gov Jun 08 2019 00:21:42
                 United States of America (Internal Revenue Service,    U.S. Attorney's Office,
                 970 Broad Street,    Suite 700,   Newark, NJ   07102-2535
517835841       E-mail/Text: documentfiling@lciinc.com Jun 08 2019 00:21:18     Comcast,   PO Box 3001,
                 Southeastern, PA 19398-3001
517835843       E-mail/PDF: creditonebknotifications@resurgent.com Jun 08 2019 00:29:24     Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
517871062       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 08 2019 00:29:27
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517951358      +E-mail/Text: bankruptcy@pseg.com Jun 08 2019 00:21:20     PSE&G,   Attn: Bankruptcy Dept.,
                 PO Box 490,    Cranford NJ 07016-0490
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517835845*      IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
517919845*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2019                               Signature: /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Jun 07, 2019
                              Form ID: 132             Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    Federal National Mortgage Association (Fannie
               Mae) ajennings@rasflaw.com
              Eamonn  O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Eric   Clayman    on behalf of Debtor Phillip S Barbour jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Eric   Clayman    on behalf of Joint Debtor Maria A Barbour jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```