UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**JENKINS & CLAYMAN**
Eric J Clayman
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor

**Order Filed on June 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Phillip and Maria Barbour
Debtors

Case No.: 18-31275 CMG

Chapter: 13

Judge: Gravelle

### ORDER ON MOTION TO VACATE DISMISSAL AND REOPEN CHAPTER 13 BANKRUPTCY CASE.

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 6, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The debtor having filed a motion to vacate dismissal of case; and the court having considered any objections filed; and for good cause shown; it is

\_\_\_\_\_ ORDERED that the motion is granted and the order dismissing case is vacated effective on the date of this order. No actions taken during the period this case was dismissed were subject to the automatic stay or other provisions of the Bankruptcy Code;

IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and/or parties in interest have:

1. until the original deadline fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this Order, whichever is later;
2. until the original deadline fixed by the court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later; and
3. until the original deadline fixed by the court to object to exemptions, or 30 days from the date of this Order, whichever is later.

IT IS FURTHER ORDERED that if the meeting of creditors has not been concluded, the debtor must contact the case trustee to schedule a new date for the meeting, and must provide 21 days' notice under Bankruptcy Rule 2002(a)(1) of the new date to all creditors and parties in interest.

IT IS FURTHER ORDERED that if this is a chapter 13 case, and the debtor's plan has not been confirmed, the confirmation hearing is rescheduled to __9/4/19__ at __10 am__.

_____ ORDERED that the motion to vacate order dismissing case is denied.
IT IS FURTHER ORDERED that whether the motion is granted or denied, the debtor must, within 3 days of the date of this Order, serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.

IT IS FURTHER ORDERED THAT:

1. This case is reopened.

2. ☐ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ☐ The case shall be immediately reclosed.

   ☐ The case shall be closed within _____ days.

   ☒ The case shall be reviewed within __90__ days for closing eligibility.

4. Within ten (10) days of the date of this order, the debtors shall file their Certificate of Debtor Education. Thereafter, the Clerk of the Court shall process this case for discharge.

United States Bankruptcy Court
District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 18-31275-CMG
Phillip S Barbour　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
Maria A Barbour
　　　　Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3　　　User: admin　　　　Page 1 of 1　　　　Date Rcvd: Jun 07, 2019
　　　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2019.
db/jdb　　　　+Phillip S Barbour,　  Maria A Barbour,　  50 Tidewater Lane,　  Willingboro, NJ 08046-3841

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2019　　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2019 at the address(es) listed below:
　　　　Albert　Russo　　on behalf of Trustee Albert　Russo docs@russotrustee.com
　　　　Albert　Russo　　docs@russotrustee.com
　　　　Aleisha Candace Jennings　　on behalf of Creditor　  Federal National Mortgage Association (Fannie Mae) ajennings@rasflaw.com
　　　　Eamonn O'Hagan　　on behalf of Creditor　  United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov
　　　　Eric　Clayman　　on behalf of Debtor Phillip S Barbour jenkins.clayman@verizon.net, connor@jenkinsclayman.com
　　　　Eric　Clayman　　on behalf of Joint Debtor Maria A Barbour jenkins.clayman@verizon.net, connor@jenkinsclayman.com
　　　　Rebecca Ann Solarz　　on behalf of Creditor　  MIDFIRST BANK rsolarz@kmllawgroup.com
　　　　U.S. Trustee　　USTPRegion03.NE.ECF@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 8