| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br><br>Rebecca A. Solarz<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>MidFirst Bank | Order Filed on August 8, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| | Case No: 18-31275 CMG |
| In Re:<br><br>    Barbour, Maria A. Barbour, Phillip S.<br><br>    O'Reilly, Merditha | Chapter: 13<br><br>Hearing Date: 8/7/19<br>Judge: Christine M. Gravelle |

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: August 8, 2019**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>MidFirst Bank</u>, under Bankruptcy Code section 362(a) and 1301 (c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■    Real Property More Fully Described as:

**Land and premises commonly known as 9 Roxburn Place, Willingboro NJ 08046**

☐    Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

```
United States Bankruptcy Court
      District of New Jersey
```

In re:  
Phillip S Barbour  
Maria A Barbour  
      Debtors

Case No. 18-31275-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1                   Date Rcvd: Aug 08, 2019
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2019.
```
db/jdb         +Phillip S Barbour,   Maria A Barbour,   50 Tidewater Lane,   Willingboro, NJ 08046-3841
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2019 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor   Federal National Mortgage Association (Fannie
               Mae) ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn  O'Hagan    on behalf of Creditor   United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Eric  Clayman    on behalf of Joint Debtor Maria A Barbour jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Eric  Clayman    on behalf of Debtor Phillip S Barbour jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Rebecca Ann Solarz    on behalf of Creditor   MIDFIRST BANK rsolarz@kmllawgroup.com
              Shauna M Deluca    on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               sdeluca@rasflaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```