Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−31275−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Phillip S Barbour                                         Maria A Barbour
   50 Tidewater Lane                                        50 Tidewater Lane
   Willingboro, NJ 08046                              Willingboro, NJ 08046

Social Security No.:
   xxx−xx−2331                                                     xxx−xx−1304

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on September 5, 2019.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 5, 2019
JAN: wir

                                                                                             Jeanne Naughton
                                                                                             Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                            Case No. 18-31275-CMG
Phillip S Barbour                                                 Chapter 13
Maria A Barbour
         Debtors
                               CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin              Page 1 of 2         Date Rcvd: Sep 05, 2019
                             Form ID: 148             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2019.
db/jdb         +Phillip S Barbour,   Maria A Barbour,   50 Tidewater Lane,   Willingboro, NJ 08046-3841
cr             +Federal National Mortgage Association (Fannie Mae),   RAS Citron, LLC,
                 130 Clinton Road, Suite 202,   Fairfield, NJ 07004-2927
517835842      +Credit Acceptance Corp,   25505 W 12 Mile Road,   Southfield, MI 48034-8316
517936783      +FEDERAL NATIONAL MORTGAGE ASSOCIATION(FANNIE MAE),   Seterus, Inc.,   PO Box 1047,
                 Hartford CT 06143-1047
517874721      +Federal National Mortgage Association,   RAS Citron, LLC,   130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
517835844       Geico,   One Geico Plaza,   Bethesda, MD 20810-0001
517951817      +MidFirst Bank,   999 NorthWest Grand Boulevard,   Oklahoma City, Ok 73118-6051
517835846      +Midfirst Bank a/k/a Midland Mortgage,   c/o KML Group,   216 Haddon Avenue,   Suite 406,
                 Collingswood, NJ 08108-2812
517835847       Midland Mortgage,   PO Box 268806,   Oklahoma City, OK 73126-8806
517835848      +NJ Department of Labor,   PO BOX 951,   Trenton, NJ 08625-0951
517835850       PSE&G CO,   PO BOX 14444,   New Brunswick, NJ 08906-4444
517835849     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   NJ Division of Taxation,   50 Barrack Street,   Trenton, NJ 08695)
517835851     #+Seterus,   PO BOX 1077,   Hartford, CT 06143-1077
517835852      +Willingboro Municipal Utility Authority,   433 John F. Kenndy Way,   Willingboro, NJ 08046-2123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 05 2019 23:16:27     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 05 2019 23:16:25    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: IRS.COM Sep 06 2019 03:08:00     United States of America (Internal Revenue Service,
                 U.S. Attorney's Office,   970 Broad Street,   Suite 700,   Newark, NJ  07102-2535
517835841       EDI: COMCASTCBLCENT Sep 06 2019 03:08:00     Comcast,   PO Box 3001,
                 Southeastern, PA 19398-3001
517835843       EDI: RCSFNBMARIN.COM Sep 06 2019 03:08:00     Credit One Bank,   PO Box 98873,
                 Las Vegas, NV 89193-8873
517871062       EDI: RESURGENT.COM Sep 06 2019 03:08:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC and,   FNBM, LLC,   Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
517951358      +E-mail/Text: bankruptcy@pseg.com Sep 05 2019 23:16:07     PSE&G,   Attn: Bankruptcy Dept.,
                 PO Box 490,   Cranford NJ 07016-0490
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517835845*       IRS,   PO Box 7346,   Philadelphia, PA 19101-7346
517919845*     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,   Division of Taxation,   Bankruptcy Section,
                 PO Box 245,   Trenton, NJ 08695-0245)
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2019                                  Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2          Date Rcvd: Sep 05, 2019
                              Form ID: 148               Total Noticed: 21
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    Federal National Mortgage Association (Fannie
               Mae) ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn  O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Eric   Clayman    on behalf of Debtor Phillip S Barbour jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Eric   Clayman    on behalf of Joint Debtor Maria A Barbour jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              Shauna M Deluca    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               sdeluca@rasflaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Valerie A. Hamilton    on behalf of Creditor    New Jersey Division of Taxation
               Valerie.Hamilton@law.njoag.gov
                                                                                            TOTAL: 11
```